IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03109-PAB-MJW

SUSAN L. ESTES,

Plaintiff(s),

v.

THOMAS J. VILSACK, Secretary of U.S. Department of Agriculture - Animal and Plant
Health Inspection Service,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of
Protective Order (docket no. 17) is GRANTED finding good cause shown.  The written
Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 9 and
made an Order of Court.

Date:  April 26, 2012