IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03109-PAB-MJW

SUSAN L. ESTES,

Plaintiff,

v.

THOMAS J. VILSACK, Secretary of U.S. Department of Agriculture - Animal and Plant Health Inspection Service,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Unopposed Motion for Leave to File Answer (Docket No. 26) is GRANTED.  Defendant is given leave to file an Answer and instructed to file it separably.

Date: November 14, 2012