**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03109-PAB-MJW

SUSAN L. ESTES,

      Plaintiff,

v.

THOMAS J. VILSACK, Secretary of U.S. Department of Agriculture - Animal and
Plant Health Inspection Service,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 50] of Judge Philip A. Brimmer entered on

September 17, 2013 it is

**ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 30] is

**GRANTED**. It is

**FURTHER ORDERED** that final judgment is hereby entered in favor of

Defendant and against Plaintiff, who shall recover nothing, and the action is dismissed

in its entirety.  It is

**FURTHER ORDERED** that the Defendant is **AWARDED** its costs, to be taxed by

the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1,

within 14 days of entry of judgment.

Dated at Denver, Colorado this 19th day of September, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk